UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL CARLISLE,

                    Plaintiff,

          – against –

SHIFT TECHNOLOGIES, INC., GEORGE
ARISON, TOBY RUSSELL, MANISH PATEL,
JASON KRIKORIAN, ADAM NASH, VICTORIA
MCINNIS, and KELLYN SMITH KENNY,

                    Defendants.

**ORDER**

22 Civ. 9732 (ER)

Ramos, D.J.:

          Carlisle brought this against defendants on November 15, 2022, pursuant to the Securities

Exchange Act of 1934.  Doc. 1.  Service was due by February 13, 2022.  As of the date of this

Order, no defendants have been served.

          Carlisle is therefore instructed to either execute service upon defendants or submit a

status report by April 7, 2022.  Failure to do so may result in dismissal of this case for failure to

prosecute.

          It is SO ORDERED.

Dated:    March 31, 2023
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.